# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2746

_____

John Wayne Speakman, Jr.,          *
                                   *
            Appellant,             *
                                   *   Appeal from the United States
      v.                           *   District Court for the
                                   *   Western District of Missouri.
Mary Jo Brogoto; Jay Haden; Lee E. *
Wells, Judge; Peggy S. McGraw,     *   [UNPUBLISHED]
Judge; Jackson County Election Board, *
(2000),                            *
                                   *
            Appellees.             *

_____

Submitted:  December 2, 2003

Filed:  December 12, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

John Wayne Speakman, Jr. brought the instant action asserting claims under the Equal Protection Clause and 42 U.S.C. §§ 1983, 1985, and 1986. Speakman alleged that defendants conspired to remove his name from the 2000 primary-election ballot for Jackson County Sheriff without affording him the judicial review required

under Missouri law. The district court[1] dismissed the complaint and we affirm, as we conclude Speakman's complaint failed to state cognizable federal claims. See Carpenter Outdoor Adver. Co. v. City of Fenton, 251 F.3d 686, 690 (8th Cir. 2001) (§ 1985); Gordon v. Hansen, 168 F.3d 1109, 1113 (8th Cir. 1999) (per curiam) (§ 1983); Miller v. Benson, 51 F.3d 166, 170 (8th Cir. 1995) (this court may affirm on any ground supported by record); Seltzer-Bey v. Delo, 66 F.3d 961, 964 (8th Cir. 1995) (equal protection); Kaylor v. Fields, 661 F.2d 1177, 1184 (8th Cir. 1981) (§ 1986 cause of action depends on valid §1985 claim).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

-2-